

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 95-1783GT ) |
| v. | ) ORDER ) |
| MAURICIO BARRERA-VERGARA, | ) |
| Defendant. | ) |

For good cause, Defendant's, Mauricio Barrera-Vergara, Motion to Dismiss Petition for Lack of Jurisdiction is **GRANTED.**

**IT IS ORDERED** that Defendant's Motion to Dismiss Petition for Lack of Jurisdiction is **GRANTED.**

**IT IS FURTHER ORDERED** that the previously set hearing date is vacated.

**IT IS SO ORDERED.**

3/25/14
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel